UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
Southern Division

| | |
|---|---|
| IN RE: CARDIZEM CD ANTITRUST LITIGATION ) ) ) | MASTER FILE NO. 99-MD-1278<br>MDL DOCKET NO. 1278 |
| THIS DOCUMENT RELATES TO: ) ) | |
| ALL ACTIONS ) ) | Honorable Nancy G. Edmunds |

### INDIVIDUAL SHERMAN ACT PLAINTIFFS' JOINDER IN SHERMAN ACT CLASS PLAINTIFFS AND STATE LAW CLASS PLAINTIFFS' *EXPEDITED* MOTION FOR PROTECTIVE ORDER REGARDING DISCOVERY OF ABSENT CLASS MEMBERS

The Individual Sherman Act Plaintiffs, which include plaintiffs Walgreen Co., Kroger Co., Albertsons, Inc., The Stop & Shop Supermarket Co., Hy-Vee, Inc., Eckerd Corporation, CVS Meridian Corporation and Rite Aid Corporation, hereby join in the Sherman Act Class Plaintiffs and the State Law Class Plaintiffs' *Expedited* Motion for Protective Order Regarding Discovery of Absent Class Members.

Dated: January 28, 2000

Respectfully submitted,

ELWOOD S. SIMON & ASSOCIATES

By: _____
Elwood S. Simon, Esq.
Lance C. Young, Esq.
355 South Old Woodward Avenue, Suite 250
Birmingham, MI 48009
Tel.: (248) 646-9730
Fax: (248) 258-2335

*Liaison Counsel for all Plaintiffs*

Richard Alan Arnold, Esq.
William J. Blechman, Esq.
Scott E. Perwin, Esq.
KENNY NACHWALTER SEYMOUR
ARNOLD CRITCHLOW & SPECTOR,
1100 Miami Center
201 S. Biscayne Boulevard
Miami, FL 33131-4327
Tel: 305-373-1000
Fax: 305-372-1861

Douglas H. Patton, Esq.
DEWSNUP KING & OLSEN
2020 Beneficial Life Tower
36 South State Street
Salt Lake City, UT 84111
Tel: 801-533-0400
Fax: 801-363-4218

***Attorneys for Plaintiffs Walgreen Co.; Kroger Co.; Albertsons, Inc.; The Stop & Shop Supermarket Co.; Hy-Vee, Inc. and Eckerd Corp. P.A.***

Steve D. Shadowen, Esq.
Michael J. Colleran, Esq.
SCHNADER HARRISON SEGAL
   & LEWIS, LLP
30 North Third Street
Suite 700
Harrisburg, PA 17101-1713
Tel: 717-231-4010
Fax: 717-231-4012

***Attorneys for Plaintiffs CVS Meridian Corporation and Rite Aid Corporation***