UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: CARDIZEM CD ANTITRUST
LITIGATION,

Master File No. 99-md-1278
MDL No. 1278

THIS DOCUMENT RELATES TO:
ALL ACTIONS,

Honorable Nancy G. Edmunds

_____/

FILED
JAN 09 2002
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

ORDER NO. 32
**AFFIRMING MAGISTRATE JUDGE'S SEPTEMBER 26, 2001 ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL EVIDENCE AND TESTIMONY PURSUANT TO THE CRIME/FRAUD EXCEPTION**

On September 26, 2001, this Court entered Magistrate Judge Goldman's opinion and order granting Plaintiffs' motion to compel evidence and testimony pursuant to the crime/fraud exception. Plaintiffs sought documents listed in Defendants' privilege logs that directly relate to the creation, formation and furtherance of the HMRI/Andrx Agreement, previously found by this Court to constitute a *per se* violation of section 1 of the Sherman Act, 15 U.S.C. § 1. *See In Re Cardizem CD Antitrust Litig.*, 105 F. Supp. 2d 682, 699 (E.D. Mich. 2000). Plaintiffs also sought testimony from James M. Spears on the same subject matter.

The Magistrate Judge found that "the testimony relating to the formation of the HMRI/Andrx Agreement falls within the crime-fraud exception to the attorney-client privilege and that Plaintiffs are therefore entitled to that testimony." Mem. Opin. & Order at 11. The Magistrate Judge further found that "the documents contained in the [Defendants'] privilege

logs may very likely be subject to the crime-fraud exception and therefore are subject to *in camera* review by the court." *Id.*

This matter is presently before the Court on Defendants' objections to and appeal of the Magistrate's Order filed September 26, 2001. After consideration of objections, the Court may modify an order by the Magistrate Judge only where the party appealing or objecting to the Magistrate Judge's order shows that "the magistrate's order is clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A).

Having carefully considered Defendants' objections to Magistrate Judge Goldman's Memorandum Opinion and Order, filed on September 26, 2001, granting Plaintiffs' motion to compel the production of testimony and documents pursuant to the crime/fraud exception, and finding Magistrate Judge Goldman's Order not to be clearly erroneous or contrary to law, it is hereby

**ORDERED** that Magistrate Judge Goldman's September 26, 2001 Order Granting Plaintiffs' motion to compel evidence and testimony pursuant to the crime/fraud exception is **AFFIRMED**. Accordingly, the documents contained in Defendants' privilege logs shall be submitted to Magistrate Judge Donald A. Scheer for inspection on or before January 23, 2002 and will be subject to his review for determination of the applicability of the crime/fraud exception.

**SO ORDERED.**

Dated: 1/9/02

Nancy G. Edmunds
U.S. District Judge

2

## CERTIFICATE OF SERVICE

Pursuant to Rule 77(d), Federal Rules of Civil Procedure, copies have been mailed to:

Elwood S. Simon, Esq.
ELWOOD S. SIMON & ASSOCIATES
355 South Old Woodward Avenue
Suite 250
Birmingham, MI 48009

Stephen Lowey, Esq.
LOWEY, DANNENBERG,
 BEMPORAD & SELINGER PC
The Gateway, 11th Floor
One North Lexington Avenue
White Plains, New York 10601-1714

Joseph J. Tabacco, Jr., Esq.
BERMAN, DEVALERIO, PEASE & TABACCO
425 California Street, Suite 2025
San Francisco, CA 94104

Richard Drubel, Esq.
BOIES & SCHILLER
26 South Main Street
Hanover, NH 03755

Bruce E. Gerstein, Esq.
GARWIN BRONZAFT GERSTEIN & FISHER, LLP
1501 Broadway
New York, NY 10036

Scott E. Perwin, Esq.
KENNY NACHWALTER SEYMOUR ARNOLD
 CRITCHLOW & SPECTOR, PA
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131-4327

Joseph Rebein, Esq.
SHOOK, HARDY & BACON LLP
One Kansas City Place
1200 Main Street
Kansas City, MO 64105

Craig L. John, Esq.
DYKEMA GOSSETT PLLC
1577 North Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304-2820

Louis M. Solomon, Esq.
SOLOMON ZAUDERER ELLENHORN
 FRISCHER & SHARP
45 Rockefeller Plaza
New York, NY 10111

Norman C. Ankers, Esq.
HONIGMAN MILLER SCHWARTZ & COHEN
32270 Telegraph Road, Suite 225
Bingham Farms, MI 48025-2457

Steve D. Shadowen
SCHNADER HARRISON SEGAL & LEWIS, L.L.P.
Suite 700, 30 North Third Street
Harrisburg, PA 17101-1713

Paul F. Novak
Assistant Attorney General
CONSUMER PROTECTION DIVISION
670 G Mennen Williams Building
Lansing, MI 48913

Jay Himes
Bureau Chief, Antitrust Bureau
OFFICE OF THE NEW YORK ATTORNEY GENERAL
120 Broadway
New York, NY 10271-0332

David L. Douglas
PORTER WRIGHT MORRIS & ARTHUR
1919 Pennsylvania Avenue N.W.
Washington, DC 20006-3434

JUDICIAL PANEL MULTIDISTRICT LITIGATION
Thurgood Marshall Federal Judiciary Building
Room G-255 North
One Columbus Circle, N.E.
Washington, D.C. 20002-8004

_____
Deputy Court Clerk

1/9/02
_____
Date