UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE CARDIZEM CD ANTITRUST
LITIGATION,

MASTER FILE NO. 99-MD-1278

MDL DOCKET NO. 1278

THIS DOCUMENT RELATES TO:

HONORABLE NANCY G. EDMUNDS

| | |
|---|---|
| Billy Joe Lightner, et al. v. Hoechst A.G., et al., E.D. Mich. No. 99-CV-75070 (M.D. Ala. No. 2:99-T-754) | Sunshine Pharmacy of NY v. Hoechst A.G., et al., E.D. Mich. No. 99-CV-73845 (E.D.N.Y. No. 99-CV-1641) |
| Betnor, Inc. et al. v. Hoechst A.G., et al., E.D. Mich. No. 99-CV-73422 (N.D. Cal. No. 3:98-CV-3609) | Joseph D'Esposito, et al. v. Hoechst A.G., et al., E.D. Mich. No. 99-CV-73713 (S.D.N.Y. No. 99-CV-2088) |
| Aetna U.S. Healthcare, Inc., et al. v. Hoechst A.G., et al., E.D. Mich. No. 99-CV-73412 (N.D. Cal. No. 3:98-CV-4729) | Shirlean Glover, et al. v. Hoechst A.G., et al., E.D. Mich. No. 99-CV-74377 (W.D.N.C. No. 3:99-CV-00169) |
| Galloway, Inc., et al. v. Hoechst A.G., et al., E.D. Mich. No. 99-CV-73871 (S.D. Cal. 99-CV-0645-TW) | Eugenia Wynne Sams v. Hoechst A.G., et al., E.D. Mich. No. 99-CV-73190 (E.D. Tenn. No. 2:98-CV-348) |
| Aetna U.S. Healthcare, Inc. v. Hoechst A.G., et al., E.D. Mich. No. 99-CV-74262 (D.D.C. No. 1:99-CV-193) | Larry S. Sizemore v. Hoechst A.G., et al., E.D. Mich. No. 99-CV-73345 (M.D. Tenn. No. 3:99-CV-42) |
| Jan Gabriel v. Hoechst A.G., et al., E.D. Mich. No. 99-CV-73667 (N.D. Ill. No. 1:98-CV-7147) | Albert Eirich v. Hoechst A.G., et al., E.D. Mich. No. 99-CV-73981 (E.D. Wis. 2:98-CV-1027) |
| Charles Zuccarini, et al. v. Hoechst A.G., et al., E.D. Mich. No. 98-CV-74043 | United Wisconsin Services, Inc., et al. v. Hoechst A.G., et al., E.D. Mich. No. 99-CV-73666 (E.D. Wis. No. 99-CV-389) |
| Aetna U.S. Healthcare, Inc. v. Hoechst A.G., et al., E.D. Mich. No. 99-CV-73239 (D. Minn. No. 0:99-CV-124) | Marshall J. Ross v. Hoechst Marion Roussel, Inc., et al., E.D. Mich. No. 01-CV-70490 (D. Mass. No. 00-12312-JLT) |
| State of New York, et al. v. Aventis, S.A., et al., E.D. Mich. No. 01-CV-71835 | |

## THIRD STIPULATION AND PROPOSED ORDER CONCERNING CERTAIN CONSUMER AND THIRD PARTY PAYER CLAIM ADMINISTRATIVE COSTS

Plaintiffs and Defendants who are parties to the January 24, 2003, Settlement Agreement hereby stipulate to entry of the attached order.

1

1486488v2
1488442v1

**STATE LAW CLASS PLAINTIFFS**

By: _/s/ Stephen Lowey_ *per Peter St. Phillip E-MAIL Authorization 1/13/05*
Stephen Lowey
LOWEY DANNENBERG
BEMPORAD & SELINGER, P.C.
The Gateway, 11th Floor
One North Lexington Avenue
White Plains, NY 10601
Tel: (914) 997-0500
Fax: (914) 997-0035

*State Law Plaintiffs' Lead Counsel*

**AVENTIS PHARMACEUTICALS INC. AND CARDERM CAPITAL L.P.**

By: _/s/ Joe Rebein_ *per Scott Dupree E-MAIL Authorization 1/24/05*
Joe Rebein, Esq.
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108-2613
Tel: (816) 474-6550
Fax: (816) 421-5547

*Counsel for Defendant Aventis Pharmaceuticals Inc. and Defendant Carderm Capital L.P.*

**STATE LAW CLASS PLAINTIFFS**

By: _/s/ Joseph J. Tabacco, Jr._ *per E-MAIL Authorization 1/13/05*
Joseph J. Tabacco, Jr.
Berman Devalerio Pease & Tabacco
425 California Street, Suite 2025
San Francisco, CA 94104
Tel: (415) 433-3200
Fax: (415) 433-6382

*State Law Class Plaintiffs' Lead Counsel*

**ANDRX PHARMACEUTICALS, INC.**

By: _/s/ Louis Solomon_ *per Michael Lazaroff E-MAIL Authorization 1/28/05*
Louis Solomon, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
Tel: (212) 969-3000
Fax: (212) 969-2900

*Counsel for Defendant Andrx Pharmaceuticals, Inc.*

**STATE LIAISON COUNSEL**

By: _/s/ Michelle M. Rick_
Michelle M. Rick, Esq.
Assistant Attorney General
State of Michigan
Special Litigation Division
G. Mennen Williams Building
525 West Ottawa Street
Lansing, MI 48913
Tel: (517) 373-1123
Fax: (517) 335-1935

## ORDER

At a session of said Court held on the date set forth below.

PRESENT:   HONORABLE NANCY G. EDMUNDS
                     United States District Court Judge

IT IS ORDERED on this _____ day of _____, 2005, that

(1) consumer administrative costs totaling $69,542.97 as set forth in the invoices (Rust Consulting Invoice Numbers 24-1598, 24-1737, 24-1785, and 24-1891) of the Court-appointed settlement administrator Rust Consulting, Inc. have been incurred; and

(2) third-party payer administrative costs totaling $21,512.93 as set forth in the invoices (CCS Invoice No. Cardizem 0012 Rev. and CCS Invoice No. Cardizem 0013) of the Court-appointed settlement administrator Complete Claim Solutions, Inc. have been incurred; and

(3) the costs set forth in the above referenced invoices are found to be reasonable expenses and are hereby authorized to be paid by the Escrow Agent as set forth in the Escrow Agreement entered on January 24, 2003.


_____
HONORABLE NANCY G. EDMUNDS
United States District Court Judge

## Paul A. Blaskis

| | |
|---|---|
| **From:** | Peter St. Phillip [pdstp@tmo.blackberry.net] |
| **Sent:** | Thursday, January 13, 2005 12:16 PM |
| **To:** | Paul A. Blaskis |
| **Subject:** | Re: Updated and hopefully FINAL 3rd Stipulated Order for Fees - CARDIZEM |

You have State Law Plaintiffs' approval to sign.


Peter D. St. Phillip, Esq.
Lowey Dannenberg Bemporad & Selinger, PC The Gateway - Eleventh Floor One North Le\
Avenue White Plains, NY 10601
Tel: 914-997-0500
Fax: 914-997-0035
Cell: 914-316-5526
Home Fax (call first): 914-779-4359

Page

## Paul A. Blaskis

| | |
|---|---|
| **From:** | Joseph J. Tabacco, Jr. [jtabacco@bermanesq.com] |
| **Sent:** | Thursday, January 13, 2005 10:33 PM |
| **To:** | Paul A. Blaskis; Peter St. Phillip; Scott Dupree; Peter St. Phillip; jmatye@shb.com; jrebein@shb.com; lsolomon@proskauer.com; Michelle Rick; Mitchell Gentile (E-mail); mlazaroff@proskauer.com; pstphillip@ldbs.com; Robert Hubbard (E-mail); SDUPREE@shb.c |
| **Subject:** | RE: Updated and hopefully FINAL 3rd Stipulated Order for Fees - CARDIZEM |

Paul, These orders look to be appropriate, you are authorized to sign my name where required. Joe Tabacco

## Paul A. Blaskis

| | |
|---|---|
| **From:** | DuPree, Scott E. (SHB) [SDUPREE@shb.com] |
| **Sent:** | Monday, January 24, 2005 6:50 PM |
| **To:** | Paul A. Blaskis; Peter St. Phillip; Peter St. Phillip; Matye, Joseph G. (SHB); Rebein, Joe (SHB); JTabacco@Bermanesq.com; lsolomon@proskauer.com; Michelle Rick; Mitchell Gentile (E-mail); mlazaroff@proskauer.com; pstphillip@ldbs.com; Robert Hubbard (E-mail) |
| **Subject:** | RE: Updated and hopefully FINAL 3rd Stipulated Order for Fees - CARDIZEM |

Paul--

Sorry for my belated response. Attached is the message you sent around recently with the proposed submission to the Court requesting approval of pending Cardizem settlement invoices. This looks fine to me. You have our authorization to sign the stipulation on behalf of Aventis and Carderm. Please forward to us a copy of the fully executed final submission to the Court, as well as the signed order in the event the Court determines to sign it.

Message                                                                 Page 1 of 2

## Paul A. Blaskis

| | |
|---|---|
| **From:** | Lazaroff, Michael S. [mlazaroff@proskauer.com] |
| **Sent:** | Friday, January 28, 2005 5:52 AM |
| **To:** | Paul A. Blaskis |
| **Subject:** | RE: 3rd Stipulation and Proposed Order |

I have reviewed these and they seem fine. You are authorized to sign on behalf of Andrx. Please send us a copy of the set of the documents submitted to Court.