UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  CARDIZEM CD ANTITRUST
LITIGATION,

Master File No. 99-md-1278
MDL No. 1278

THIS DOCUMENT RELATES TO:
Case Nos.  99-75070 (Lightner)
          99-73422 (Betnor)
          99-73412 (Aetna)
          99-73871 (Galloway)
          99-74262 (Aetna)
          99-73667 (Gabriel)
          98-74043 (Zuccarini)
          99-73239 (Aetna)
          99-73845 (Sunshine)
          99-73713 (D'Esposito)
          99-74377 (Glover)
          99-73190 (Sams)
          99-73345 (Sizemore)
          99-73981 (Eirich)
          99-73666 (United Wisc.)
          01-70490 (Ross)
          01-71835 (State of
                  New York,
                  et al. )
_____/

Honorable Nancy G. Edmunds

**ORDER DENYING GORDON BALL'S MOTION FOR RECONSIDERATION [870] AND DENYING AS MOOT GORDON BALL'S MOTION FOR STAY OF EXECUTION OF THIS COURT'S SEPTEMBER 9, 2005 ORDER [871]**

This matter comes before the Court on Gordon Ball's motion for reconsideration of this Court's September 9, 2005 Order regarding the award of expert witness fees.  Gordon Ball's motion is DENIED.

Pursuant to Rule 7.1(g)(3) of the Local Rules for the Eastern District of Michigan, the Court will not grant motions for reconsideration "that merely present the same issues ruled

upon by the court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the court and the parties have been misled but also show that correcting the defect will result in a different disposition of the case."

Because Gordon Ball's motion fails to satisfy the rule's requirements, his motion is DENIED. Moreover, in light of this ruling, his motion for a stay of execution of the September 9, 2005 order pending resolution of his motion for consideration is denied as moot.

SO ORDERED.


s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated:  September 26, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 26, 2005, by electronic and/or ordinary mail.

s/Carol A. Hemeyer
Case Manager