UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  CARDIZEM CD ANTITRUST
LITIGATION,

Master File No. 99-md-1278
MDL No. 1278

THIS DOCUMENT RELATES TO:
Case Nos.  99-73190 (Sams)
_____/

Honorable Nancy G. Edmunds

**ORDER GRANTING ATTORNEY GORDON BALL'S MOTION FOR COSTS [890]**

Now before the Court is Attorney Gordon Ball's motion for costs in the amount of $693.75 for filing and copying costs brought pursuant to Rule 39(e) of Federal Rules of Appellate Procedure, Rule 54(d) of the Federal Rules of Civil Procedure, and 28 U.S.C. § 1920(3), (4).  Attorney Ball's motion is hereby GRANTED.

IT IS HEREBY ORDERED that State Law Plaintiffs and State Attorneys General shall pay Attorney Ball $693.75 for taxable costs in this matter.

SO ORDERED.


s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated:  March 13, 2007

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 13, 2007, by electronic and/or ordinary mail.

s/Carol A. Hemeyer
Case Manager